819 A.2d 1185

DAVID L. FEIGE, ETC., PLAINTIFF–RESPONDENT,
v. CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS, DEFENDANT–MOVANT.

March 12, 2003.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.